IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAIN ABRAZADO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF PHOENIX,<br><br>　　　　Defendant.<br>_____/ | No. C-10-0927 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; DENYING AS MOOT DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE** |

　　　Before the Court is the "Request of Defendant's Lead Trial Counsel to Appear by Telephone at Initial Case Management Conference," filed June 9, 2010.

　　　In support thereof, defendant states its lead trial counsel will be out of the state on June 18, 2010, the date on which the Initial Case Management Conference is presently scheduled.

　　　In the instant case, the Court finds it preferable that both plaintiff, who is proceeding pro se, and defendant's counsel appear in person at the Initial Case Management Conference. Accordingly, the Initial Case Management Conference is hereby CONTINUED from June 18, 2010 to June 25, 2010, at 10:30 a.m.

　　　In light of such continuance, the request to appear by telephone is hereby DENIED as moot.

　　　**IT IS SO ORDERED.**

Dated: June 14, 2010

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge