IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAIN ABRAZADO,<br><br>   Plaintiff,<br><br>   v.<br><br>UNIVERSITY OF PHOENIX, INC., et al.,<br><br>   Defendants.<br>_____/ | No. C 10-0927 MMC<br><br>**ORDER TO SHOW CAUSE** |

On June 25, 2010, plaintiff failed to appear as ordered at a regularly scheduled Case Management Conference in the above-titled action. Counsel for defendant appeared.

Accordingly, plaintiff is hereby ordered to show cause, in writing, filed with the Court and served on opposing counsel no later than July 9, 2010, why the case should not be dismissed for failure to prosecute.

If plaintiff fails to timely respond to this Order, the case will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: June 25, 2010

_____
MAXINE M. CHESNEY
United States District Judge